### UNITED STATES BANKRUPTCY COURT FOR

### THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Ruth Ellen Kearse                                                         Chapter 13: 08-17681-MDC

### ORDER

And now, this ____ day of _____ 2023 upon consideration of Debtor's Motion to Avoid Judicial Lien of Atlantic Credit & Finance, Inc. assignee of HSBC, any response thereto and after a hearing,

It is **ORDERED** that the Motion is **GRANTED.** The judicial lien of Atlantic Credit & Finance, Inc. assignee of HSBC pursuant to Philadelphia County civil action 081000201 entered on November 12, 2008, by default in the amount of $13,696.07 which exists as a lien upon debtor's residence 6451 Clearview Street, Philadelphia, Pa 19119 is avoided upon discharge pursuant to 11U.S.C. 522.

BY THE COURT

_____

Magdeline D. Coleman
Chief Bankruptcy Judge